**Janet Lee LUNN, Appellant,**

**v.**

**SSM HEALTH CARE, d/b/a Depaul Health Center, Respondent.**

**No. ED 103463**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

Filed: March 7, 2017

Motion for Rehearing and/or Transfer to Supreme Court Denied May 16, 2017

Leonard P. Cervantes, Jennifer Suttmoeller, St. Louis, MO, for Appellant.

Rodney M. Sharp, Shane K. Blank, St. Louis, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Janet Lee Lunn ("Plaintiff") appeals the judgment entered upon a jury verdict in favor of SSM Health Care d/b/a Depaul Health Center ("Defendant") on Plaintiff's wrongful death medical malpractice claim arising out of medical care provided to Plaintiff's father, John Holzer, by Defendant. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

The judgment of the trial court is affirmed under Rule 84.16(b).